PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **NORMA GONZALEZ** ) <br> ) <br> ) | **Docket No.: 2:11CR00076-04** |

On July 23, 2013, the above-named was sentenced to Supervised Release for a period of 60 months. Supervision commenced on January 2, 2015.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that the supervisee be discharged from supervision.

**Respectfully submitted,**

**/s/ R. Walters**

**R. WALTERS
Sr. United States Probation Officer**

**Dated:    October 16, 2017
            Redding, California**


            /s/ Toni M. Ortiz
_____
**REVIEWED BY:    TONI M. ORTIZ
                Supervising United States Probation Officer**

Rev. 06/2015
EARLY TERMINATION ~ ORDER (PROB35).DOTX

**Re:    Norma GONZALEZ**
**Docket No:   2:11CR00076-04**
<u>**Report and Order Terminating Supervised Release**</u>
<u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Norma Gonzalez be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 10/16/2017 | /s/ John A. Mendez |
| **Date** | **Honorable John A. Mendez** <br> **United States District Judge** |

Attachment:    Recommendation

cc:    AUSA – Samuel Wong
       Supervisee - Norma Gonzalez